UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| LABORERS' DISTRICT COUNSEL PENSION AND DISABILITY TRUST FUND NO. 2, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GOLD LEAF GROUP, <br><br> Defendant. | ) ) ) ) ) Civil Action No. GLR-18-1901 ) ) ) ) ) ) ) ) |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs, the Laborers' District Council Pension and Disability Trust Fund No. 2, the Laborers' District Council Health and Welfare Trust Fund No. 2, the Laborers' Joint Training Fund of Washington, D.C. and Vicinity, and George Maloney, hereby dismiss all claims they have asserted in this action without prejudice.

Dated: February 5, 2019

Respectfully submitted,

/s/ *David M. Mohl*
Jonathan G. Rose (Bar No. 15138)
David M. Mohl (Bar No. 20369)
Alston & Bird LLP
950 F Street, N.W.
Washington, DC 20004
Telephone: (202) 239-3300
Facsimile: (202) 239-3333
jonathan.rose@alston.com
david.mohl@alston.com

*Attorneys for Plaintiffs*

APPROVED THIS 5th DAY OF FEB. 20 19

_____
GEORGE L. RUSSELL, III, U.S.D.J.